Monica Perales
Attorney at Law: 297739
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Rebecca Ann Jaramillo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA ANN JARAMILLO,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 2:14-cv-03827-E<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,900.00 as authorized by 28 U.S.C. § 2412(d) be awarded subject to the terms of the Stipulation.

DATE: 4/29/15

THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3      /s/ *Monica Perales*

4  Monica Perales
   Attorney for plaintiff Rebecca Ann Jaramillo